# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. OLSON,<br><br>    Petitioner,<br><br>    v.<br><br>MARIPOSA COUNTY SUPERIOR COURT,<br><br>    Respondent. | 1:05-CV-0843 REC LJO HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>[Doc. #8]<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 28, 2005, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED for failure to comply with a court order and for failure to exhaust state remedies.  This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order.  Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

1  *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings
2  and Recommendation is supported by the record and proper analysis.
3       Accordingly, IT IS HEREBY ORDERED that:
4       1. The Findings and Recommendation issued September 28, 2005, is ADOPTED IN FULL;
5       2. The petition for writ of habeas corpus is DISMISSED without prejudice; and
6       3. The Clerk of the Court is DIRECTED to enter judgment.
7       IT IS SO ORDERED.
8  **Dated:   November 15, 2005**                     **/s/ Robert E. Coyle**
   668554                                      UNITED STATES DISTRICT JUDGE